UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION
www.flsb.uscourts.gov

IN RE:                                                                CASE NO.: 24-13421 LMI
                                                                      Chapter 11
COCO SUSHI, LLC,                                                      Subchapter V

       Debtor.
_____/

## FRIT COCOWALK OWNER, LLC'S
## LIMITED OBJECTION TO PLAN OF REORGANIZATION

Creditor, FRIT Cocowalk Owner, LLC ("FRIT") hereby files this Limited Objection to Plan of Reorganization [DE 64] of Debtor, Coco Sushi, LLC ("Debtor") and states.

1.    Debtor filed its voluntary petition under Chapter 11 of the Bankruptcy Code on April 9, 2024. FRIT is the landlord of Debtor's primary business location under a Lease Agreement with Debtor dated June 5, 2019 (the "Lease") and is owed pre-petition rent in the amount of $392,186.12 (Claim No. 7). Debtor filed its Plan of Reorganization [DE 64] (the "Plan") on July 9, 2024.

2.    Debtor asserts to assume the Lease with FRIT on the Effective Date as provided for in the Plan. (¶¶ 6.2 and 6.3 of the Plan). As such, Debtor may not vary or modify the terms of the Lease. However, Paragraph 5.12 of the Plan can be read to modify the Lease in that it broadly asserts less stringent default provisions than those provided for in the Lease. For example, the Lease provides that Debtor is in default under the Lease if the Debtor fails to pay rent within seven days after FRIT provides notice of such failure to pay rent. Conversely, the Plan in Paragraph 5.12 purports to provide Debtor 45 days to cure a default seemingly applicable to all creditors.

3.    Paragraph 5.12 of the Plan constitutes a prohibited modification of the Lease as applied to FRIT and should be stricken or it should be specified that Paragraph 5.12 of the Plan does

not apply to the assumed Lease with FRIT.

4.    The Plan is missing key financial data necessary to determine the feasibility of the Plan which FRIT expects to be provided in advance of the confirmation hearing. However, the latest monthly operating report for the month of July 2024 filed on September 6, 2024 [DE 74] indicates cash in the DIP account of $1,856.19 and net income of -$128.64.

5.    The Plan proposes to assume FRIT's lease in Section 6.2 and cure the pre-petition arrearage on the Effective Date. Section 6.3 of the Plan. FRIT calculates the pre-petition cure amount to be $392,186.12.   There is simply no financial information or indication of an external funding source to support that the Debtor is capable of paying the cure amount and the information that is available (the monthly operating reports) indicates that the Debtor has no ability to cure the payments due under the Lease.  As such, the Plan is not feasible and may not be confirmed.

I HEREBY CERTIFY that a true and correct copy of the foregoing was furnished via electronic mail to the parties registered to receive notice via CM/ECF or U.S. mail to the parties below this 12th day of September, 2024.

KELLEY KAPLAN & ELLER, PLLC
1665 Palm Beach Lakes Blvd.
The Forum - Suite 1000
West Palm Beach, Florida 33401
Tel: (561) 491-1200
Fax: (561) 684-3773
bankruptcy@kelleylawoffice.com

By:    /s/ Craig I. Kelley
Craig I. Kelley, Esquire
Fla. Bar No. 782203
Dana Kaplan, Esquire
FL Bar No. 44315

**Mailing Information for Case 24-13421-LMI**

**Electronic Mail Notice List**

- **Jacqueline Calderin**    jc@agentislaw.com, bankruptcy@agentislaw.com;nsocorro@agentislaw.com
- **Aleida Martinez-Molina**    Martinez@SubV-Trustee.com, camm11@trustesolutions.net
- **Office of the US Trustee**    USTPRegion21.MM.ECF@usdoj.gov

**Manual Notice List**

    **Coco Sushi, LLC**
    **3015 Grand Avenue**
    **Miami, FL 33133**